UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>Plaintiff,<br><br>v.<br><br>PREETRANJAN SAHOTA, et al.,<br><br>Defendants. | No. 2:18-cv-3099 MCE DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. In an order filed January 22, 2019, this court found plaintiff stated the following potentially cognizable claims: (1) Eighth Amendment claims for deliberate indifference against defendants Sahota, Uddin, and Buckman; (2) Eighth Amendment excessive force claims against defendants Vela, Cross, Porter, and Adivincula; and (3) a claim under the ADA and RA against defendant California State Prison-Sacramento. (ECF No. 10.) The court gave plaintiff leave to amend his complaint but also told plaintiff he could elect to proceed on the claims found cognizable in his original complaint.

In a document filed on February 1, 2019, plaintiff informed the court that he wishes to proceed on the cognizable claims in his original complaint. (ECF No. 16.) Plaintiff states that he understands his remaining claims will be dismissed.

////

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Service of the amended complaint is appropriate for the following claims against the following defendants:

    a. Eighth Amendment claims for deliberate indifference to plaintiff's serious medical needs against defendants Sahota, Uddin, Buckman;

    b. Eighth Amendment claims for excessive force against defendants Vela, Cross, Porter, and Adivincula; and

    c. ADA and RA claims against California State Prison-Sacramento.

2. The Clerk of the Court shall send plaintiff eight (8) USM-285 forms, one summons, an instruction sheet, and a copy of the complaint filed November 30, 2018.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Nine (9) copies of the endorsed complaint filed November 30, 2018.

4. Plaintiff shall not attempt to effect service of the complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Further, IT IS RECOMMENDED that plaintiff's claims against defendants Richardson, Jones, Burke, K. Porter, Valine, Whaley, Fuller, and Bobbala be dismissed.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 6, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/lear3099.1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PREETRANJAN SAHOTA, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-3099 MCE DB P<br><br><br>NOTICE OF SUBMISSION |

Plaintiff submits the following documents in compliance with the court's order filed _____:

　　\_\_\_\_　　completed summons form

　　\_\_\_\_　　completed USM-285 forms

　　\_\_\_\_　　copies of the Complaint

DATED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Plaintiff

4