IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PREETRANJAN SAHOTA, et al.,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-03099-MCE-DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges some defendants were deliberately indifferent to his serious medical needs and others used excessive force in violation of his Eighth Amendment rights. Before the court are the motions of defendants Buckman, California State Prison-Sacramento ("CSP-Sac"), Uddin, and Sahota for an extension of time to respond to the complaint. (ECF Nos. 39, 40.)

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. The motion for an extension of time of defendants Buckman, CSP-Sac, and Uddin, in which defendant Sahota has joined, (ECF Nos. 39, 40) is granted.

////

////

2. Within thirty days after the district judge rules on the pending motion to dismiss filed by defendants Advincula, Cross, Porter, and Vela, defendants Buckman, CSP-Sac, Uddin, and Sahota shall file a pleading responsive to the complaint.

Dated: October 16, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/lear3099.answ eot