1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RODERICK WILLIAM LEAR,                    No.  2:18-cv-3099 MCE DB P

12              Plaintiff,

13         v.                                   ORDER

14    PREETRANJAN SAHOTA, et al.,

15              Defendants.

16

17         Plaintiff has requested an extension of time to file and serve an opposition to defendants'

18  October 11, 2019 motion to dismiss.  Plaintiff also moves the court for an order requiring the law

19  librarian to permit him to copy a document that exceeds 50 pages.

20         First, the court finds good cause for an extension of time and that motion will be granted.

21         Second, with respect to plaintiff's request for copies, while this court is concerned that

22  plaintiff is being denied the ability to fully support an opposition to the motion to dismiss,

23  plaintiff failed to demonstrate that he complied with prison procedures for exceeding the 50-page

24  limit.  The court suggests that plaintiff make another attempt to obtain the necessary copies.  It

25  may be helpful for plaintiff to show the librarian a copy of this order to establish that he is

26  required to file an opposition to a motion to dismiss.  If plaintiff complies with prison procedures

27  for exceeding the 50-page limit and continues to have problems, he may seek court assistance by

28  ////

providing the court with a copy of the request he made to the librarian and a copy of the librarian's response.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 43) is granted. Plaintiff shall place his opposition in the mail on or before November 23, 2019. Any reply shall be filed and served in accordance with Local Rule 230(l).

2.  Plaintiff's motion for an order regarding copies (ECF No. 42) is denied without prejudice.

DATED: November 6, 2019

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/lear3099.36opp

2