UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>  Plaintiff,<br><br>  v.<br><br>PREETRANJAN SAHOTA, et al.,<br><br>  Defendants. | No. 2:18-cv-3099 MCE DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges some defendants were deliberately indifferent to his serious medical needs and others used excessive force in violation of his Eighth Amendment rights. On October 11, 2019, defendants Advincula, Cross, Porter, and Vela moved to dismiss the claims against them. (ECF No. 38.)

Based on plaintiff's complaints regarding his ability to make sufficient copies to submit an opposition to defendants' motion, this court recently ordered the law librarian at California State Prison-Corcoran to permit plaintiff to make sufficient copies, including copies in excess of 50 pages, to oppose the motion to dismiss. In addition, the court provided plaintiff additional time to file his opposition. (ECF No. 48.)

It has come to the court's attention that plaintiff has, in fact, filed an opposition to the motion to dismiss but continues to seek the right to make copies of exhibits to that opposition.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to be permitted to copy exhibits (ECF No. 47) is granted;

2. The law librarian at CSP-Corcoran shall permit plaintiff to make sufficient copies, including copies in excess of 50 pages, to file exhibits to his opposition to the motion to dismiss.

3. Plaintiff may file the exhibits to his opposition by placing them in the prison mail, addressed to the court, within twenty days of the date of this order.

4. The Clerk of the Court shall serve a copy of this order on Mary Kimbrell, the litigation coordinator at CSP-Corcoran.

Dated: December 5, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/lear3099.copies 3