1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR, | No. 2:18-cv-3099 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| PREETRANJAN SAHOTA, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On April 6, 2020, the district judge denied the motion to dismiss of defendants Advincula, Cross, Porter, and Vela. (ECF No. 59.) Accordingly, by May 6, 2020, all defendants remaining in this action shall file an answer or other pleading responsive to the complaint.

IT IS SO ORDERED.

DATED: April 6, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/lear3099.post mtd

1