UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR, | No. 2:18-cv-3099 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| PREETRANJAN SAHOTA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks a thirty day extension of the discovery cut-off.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for an extension of the discovery cut-off (ECF No. 70) is granted. The discovery cut-off set out in the May 11, 2020 Discovery and Scheduling Order is continued to October 4, 2020. In all other respects, the Discovery and Scheduling Order remains the same.

Dated: July 29, 2020

DLB:9/DB/prisoner-civil rights/lear3099.dso eot

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1